UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JULIO PEREZ-RUIZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 06-1163 (JAF)

(Criminal No. 00-048)

**O R D E R**

Petitioner, Julio Pérez-Ruiz, requests a certificate of appealability from this court to appeal our dismissal on July 20, 2006, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of July 20, 2006, Docket Document No. 13. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 16.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 16th day of October, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                       Chief U. S. District Judge